**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CARDINAL HEALTH 110, LLC,**

        **Plaintiff,**

**-v-**                                          **Case No.: 2:18-cv-1131**
                                                  **JUDGE GEORGE C. SMITH**
                                                  **Magistrate Judge Jolson**

**ALLIED PHARMACY PARTNERS,**
**LLC, and CHRISTOPHER MEYER,**

        **Defendants.**

## ORDER

On March 4, 2019, Defendant Christopher Michael Meyer filed a Motion to Stay the Case due to his filing a Chapter 7 bankruptcy action in the United States Bankruptcy Court for the Northern District of Alabama on February 27, 2019, Case No. 19-00760.  (Doc. 17).

Accordingly, this matter is hereby **STAYED** as to Defendant Christopher Michael Meyer only pursuant to Section 362(a) of the Bankruptcy Act, 11 U.S.C. § 362(a).  The parties shall notify the Court immediately upon resolution of the bankruptcy proceedings so that this action may proceed against Defendant Meyer.

**IT IS SO ORDERED.**

                                       */s/ George C. Smith*
                                        **GEORGE C. SMITH, JUDGE**
                                        **UNITED STATES DISTRICT COURT**